MORTON N. WEKSTEIN et al., Appellants, *v.* HERALD STATESMAN, INC., et al., Respondents.

Argued November 15, 1950; decided January 11, 1951.

*Paul L. Bleakley, Morton N. Wekstein,* in person, and *Sol Friedman,* in person, for appellants.

*Joseph Reeback* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.